UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 24-CV-61472-AHS

LAQUANNA MURRAY,

Plaintiff,

v.

WEBBANK D/B/A FINGERHUT,
EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

      Defendants.
_____/

### JOINT NOTICE OF SETTLEMENT

      Plaintiff, Laquanna Murray, and Defendant, Experian Information Solutions, Inc. ("Experian"), hereby jointly notify the Court that Plaintiff and Experian have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted;

| | |
|---|---|
| /s/ Jon P. Dubbeld_____ | s/ *Maria H. Ruiz_____* |
| Jon P. Dubbeld, Esq., FBN 105869 | Maria H. Ruiz, Esq. |
| SWIFT LAW PLLC | KASOWITZ BENSON TORRES LLP |
| 11300 4th Street N, Ste. 260 | 1441 Brickell Ave, Ste. 1420 |
| St. Petersburg, FL 33716 | Miami, FL 33131 |
| Phone: (727) 490-9919 | 786-587-1044 |
| jdubbeld@swift-law.com | Email: mruiz@kasowitz.com |
| jmurphy@swift-law.com | *Counsel for Defendant Experian* |
| *Attorneys for Plaintiff* | *Information Solutions, Inc.* |