**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO. 24-CV-61472-AHS**

LAQUANNA MURRAY,

Plaintiff,

v.

WEBBANK D/B/A FINGERHUT,
EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

     Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff, LAQUANNA MURRAY (hereinafter, "Plaintiff"), and Defendants, Webbank

d/b/a Fingerhut, Equifax Information Services LLC, EXPERIAN INFORMATION SOLUTIONS,

INC. (hereinafter, "Experian"), and Trans Union LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

hereby stipulate that all causes of action that were or could have been asserted against Experian

are dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring

the same.

    Dated: October 15, 2024

                  Respectfully submitted,

/s/ *Jon P. Dubbeld*
Jon P. Dubbeld, Esq.
FBN 105869
SWIFT LAW PLLC
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
(727) 490-9919
Fax: (727) 255-5332
jdubbeld@swift-law.com
*Counsel for Plaintiff*

s/ *Maria H. Ruiz*
Maria H. Ruiz, Esq.
KASOWITZ BENSON TORRES LLP
1441 Brickell Ave, Ste. 1420
Miami, FL 33131
786-587-1044
Email: mruiz@kasowitz.com
*Counsel for Defendant Experian*
*Information Solutions, Inc.*

s/ *Jason Daniel Joffe*
Jason Daniel Joffe, Esq.
Squire Patton Boggs (US) LLP
200 S Biscayne Boulevard
Suite 3400
Miami, FL 33131-2398
(305) 577-7000
Fax: (305) 577-7001
Email: jason.joffe@squirepb.com
*Counsel for Defendant Equifax Information*
*Services, LLC*

s/ *Emanuel Lee McMiller*
Emanuel Lee McMiller, Esq.
FBN: 125242
FAEGRE DRINKER BIDDLE &
REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
manny.mcmiller@faegredrinker.com
*Counsel for Defendant WebBank d/b/a*
*Fingerhut*

/s/ *Charlotte Long*
Charlotte Long, Esq.
FBN 0112517
Trans Union LLC
555 W. Adams Street Chicago, IL 60661
Telephone: 469-578-1464
charlotte.long@transunion
*Counsel for Defendant Trans Union LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on October 15, 2024, I filed a true and correct copy of the above

and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Experian Information*

*Solutions, Inc.* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ *Jon P. Dubbeld*
Attorney