UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61472-CIV-SINGHAL

LAQUANNA MURRAY,

     Plaintiff,

v.

WEBBANK d/b/a FINGERHUT,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION, LLC,

     Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation for Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. (DE [29]).  The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that all causes of action that were or could have been asserted against Experian Information Solutions, Inc., are **DISMISSED WITH PREJUDICE** with court costs and attorneys' fees to be paid for by the party incurring the same.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 15th day of October 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF