**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 24-CV-61472-AHS**

**LAQUANNA MURRAY,**

**Plaintiff,**

**v.**

**WEBBANK D/B/A FINGERHUT,**
**EQUIFAX INFORMATION SERVICES LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**and TRANS UNION LLC,**

        **Defendants.**
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Laquanna Murray, and Defendants, Equifax Information Services LLC ("Equifax") and Trans Union LLC ("Trans Union"), hereby jointly notify the Court that Plaintiff, Equifax and Trans Union have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted;


/s/ Jon P. Dubbeld_____
Jon P. Dubbeld, Esq., FBN 105869
SWIFT LAW PLLC
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
jdubbeld@swift-law.com
jmurphy@swift-law.com
*Attorneys for Plaintiff*

s/ *Jason Daniel Joffe*
Jason Daniel Joffe, Esq.
Squire Patton Boggs (US) LLP
200 S Biscayne Boulevard
Suite 3400
Miami, FL 33131-2398
(305) 577-7000
Fax: (305) 577-7001
Email: jason.joffe@squirepb.com
*Counsel for Defendant Equifax Information*
*Services, LLC*

s/ *Charlotte Long*
Charlotte Lond, Esq.
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
Email: charlotte.long@transunion.com
*Counsel for Defendant Trans Union LLC*