**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 24-CV-61472-AHS**

**LAQUANNA MURRAY,**

**Plaintiff,**

**v.**

**WEBBANK D/B/A FINGERHUT,**
**EQUIFAX INFORMATION SERVICES LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**and TRANS UNION LLC,**

     **Defendants.**
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Laquanna Murray, and Defendant, WebBank d/b/a Fingerhut ("WebBank"), hereby jointly notify the Court that Plaintiff and WebBank have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted;

/s/ Jon P. Dubbeld_____
Jon P. Dubbeld, Esq., FBN 105869
SWIFT LAW PLLC
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
jdubbeld@swift-law.com
jmurphy@swift-law.com
*Attorneys for Plaintiff*

s/ *Emanuel Lee McMiller*
Emanuel Lee McMiller, Esq.
FBN: 1025242
FAEGRE DRINKER BIDDLE &
REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
manny.mcmiller@faegredrinker.com
*Counsel for Defendant WebBank d/b/a*
*Fingerhut*