UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61472-CIV-SINGHAL

LAQUANNA MURRAY,

     Plaintiff,

v.

WEBBANK d/b/a FINGERHUT, *et al.,*

     Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court on the Joint Notices of Settlement filed by Plaintiff and WebBank (DE [36]) and Plaintiff and Equifax Information Services LLC and TransUnion LLC (DE [32]). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal by **December 11, 2024**.  The parties are advised that a stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) *must be signed by all parties who have appeared in the lawsuit, including those who were previously removed from the action*. It is not sufficient for the stipulation to be signed by only the parties involved in the dismissal.  *City of Jacksonville v. Jacksonville Hospitality Holdings, Inc.,* 82 F.4th 1031 (11th Cir. 2023). The Clerk of Court shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.  All deadlines and hearings are **CANCELLED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 19th day of November 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF