UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61472-CIV-SINGHAL

LAQUANNA MURRAY,

    Plaintiff,

vs.

WEBBANK d/b/a FINGERHUT, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation for Dismissal with Prejudice as to Defendant Webbank d/b/a Fingerhut filed by the parties. (DE [40]).  The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that all claims against Webbank d/b/a Fingerhut are **DISMISSED WITH PREJUDICE,** with each party bearing its own attorneys' fees and costs. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of December 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF